**FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 477**

In the Matter of

Plaintiffs
UMG RECORDINGS, et al.
v.                                          Case Number:
KAYLE JAMES
Defendant

**JUDGE DOW
MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; ARISTA RECORDS LLC; and BMG MUSIC

| | |
|---|---|
| NAME (Type or print) <br> Ann Marie Bredin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Ann Marie Bredin | |
| FIRM <br> DLA PIPER US LLP | |
| STREET ADDRESS <br> 203 N. LaSalle Street  Suite 1900 | |
| CITY/STATE/ZIP <br> Chicago, IL  60601-1293 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC #06255663 | TELEPHONE NUMBER <br> (312) 368-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐          NO ☒ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐          NO ☒ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐          NO ☒ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?          YES ☐          NO ☒ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ ||

CHGO1\31143680.1