**EXHIBIT C**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,

V.

KAYLE JAMES

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**08 C 477**

**JUDGE DOW**
**MAGISTRATE JUDGE COX**

TO:

Kayle James
17208 Peach Grove Lane
Hazel Crest, IL 60429

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Keith W. Medansky
Ann Marie Bredin
Amanda C. Jones
DLA PIPER US LLP
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293

Phone: (312) 368-4000
Fax:   (312) 236-7516

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

*Cynthia Mercado* (signature)

------------------------------
(By) DEPUTY CLERK

DATE

**January 22, 2008**
Date

IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UMG RECORDINGS, INC., A DELAWARE CORPORATION; ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>KAYLE JAMES<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **08 C 477**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS; CIVIL COVER SHEET; COMPLAINT; EXHIBITS; CASE MANAGEMENT PACKET; STANDING ORDER REQUIRING INITIAL STATUS REPORT FOR CASES FILED ON OR AFTER 12/1/07; STANDING ORDER REGARDING SETTLEMENT CONFERENCES WITH JUDGE ROBERT M. DOW, JR.; NOTICE TO DEFENDANT; NOTIFICATION OF DOCKET ENTRY** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **3rd** day of **April, 2008**, at **5:05 PM**, at the address of **17208 PEACH GROVE Lane, HAZEL CREST, Cook** County, **IL 60429**; this declarant served the above described documents upon **KAYLE JAMES**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **LAUREN JAMES, SISTER, A black female approx. 18-21 years of age 5'2"-5'4" in height weighing 100-120 lbs with black hair**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this **4**th day of **April, 2008**.

*[signature]*

Karen Crohan, Reg. # 117-001119, IL

FOR: **DLA PIPER US LLP**
REF:
**JAMESKAYLE|118152391**

ORIGINAL PROOF OF SERVICE

Tracking #: 5256049 SEA

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/3/2008 |
| NAME OF SERVER (PRINT) Karen Crohan | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:
      Lauren James/Sister

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/4/2008
           Date                         *Signature of Server*

                        27 N. Wacker Dr., #431, Chicago, IL 60606
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.