## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership, <br><br> Plaintiffs, <br><br> v. <br><br> KAYLE JAMES, <br><br> Defendant. | Case No.: 08 C 477 <br><br> Honorable Robert M. Dow, Jr. |

### NOTICE OF MOTION

Please take notice that on Thursday, May 22, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, or any Judge sitting in his stead in Courtroom 1919 at the Dirksen Federal Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Default Judgment and Permanent Injunction and the accompanying Memorandum in Support of Plaintiffs' Motion for Default Judgment and Permanent Injunction, copies of which are attached hereto and hereby served upon you.

Respectfully submitted,

UMG RECORDINGS; SONY BMG MUSIC
ENTERTAINMENT; LAFACE RECORDS LLC;
ARISTA RECORDS LLC; and BMG MUSIC,

DATED:  May 1, 2008

By:     _/s/ Amanda C. Jones_
                One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann M. Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

2

## CERTIFICATE OF SERVICE

I, Amanda C. Jones, hereby certify that on May 1, 2008, I caused copies of (a) the Notice of Motion, (b) the Motion for Default Judgment and Permanent Injunction, and (c) the Memorandum in Support of Motion for Default Judgment and Permanent Injunction (collectively, the "Documents") to be filed electronically. Notice of these filings were sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on May 1, 2008, I caused a copy of the Documents to be served on the following party, via Federal Express, with delivery guaranteed to occur on Friday, May 2, 2008:

> Kayle James
> 17208 Peach Grove Lane
> Hazel Crest, Illinois  60429

DATED:  <u>May 1, 2008</u>            By:  <u>/s/ Amanda C. Jones</u>
                                              Amanda C. Jones

CHGO1\31209022.1