**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership, <br><br> Plaintiffs, <br><br> v. <br><br> KAYLE JAMES, <br><br> Defendant. | Case No.: 08 C 477 <br><br> Honorable Robert M. Dow, Jr. |

## DECLARATION OF AMANDA C. JONES

I, Amanda C. Jones, declare:

1.      I am an attorney at law licensed to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney in the law firm of DLA Piper US LLP, attorneys for Plaintiffs in the above-captioned matter. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.      On January 22, 2008, Plaintiffs filed the Complaint for Copyright Infringement (the "Complaint") against Defendant Kayle James ("Defendant"). Attached to the Memorandum in Support of Plaintiffs' Motion for Default Judgment and Permanent Injunction (the "Memorandum") as Exhibit A is a true and correct copy of the Complaint.

3.      On April 3, 2008, Defendant was served with a Summons to appear in the above-captioned proceeding. As such, Defendant's responsive pleading was due on or before April 23,

2008. Attached to the Memorandum as Exhibit C is a true and correct copy of the Affidavit of Service.

4.      Defendant has not appeared in this action and has not filed a responsive pleading to the Complaint.

5.      I am informed and believe that Defendant is not an infant or incompetent person and, after consulting available public databases, is not in the military service.

6.      Plaintiffs have incurred costs in this case in the amount of $480.00, which includes a filing fee of $350.00, investigation for service fees of $60.00 and service fees of $70.00.

7.      I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2008 in Chicago, Illinois.

By:    /s/ Amanda C. Jones
                Amanda C. Jones (ARDC #06286509)

CHGO1\31209022.1