UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UMG Recordings, Inc., et al.
                           Plaintiff,

v.                                          Case No.: 1:08−cv−00477
                                                  Honorable Robert M. Dow Jr.

Kayle James
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On Plaintiffs' oral motion,Motion for default judgment [14] and permanent injunction [14] is withdrawn. Status hearing held on 5/22/2008. Defendant is given to and including 6/23/08 within which to answer or otherwise plead to the complaint.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.