APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kaylé B. James
(Please print)

STREET ADDRESS: 17208 Peach Grove Lane

CITY/STATE/ZIP: Hazel Crest, IL 60429

PHONE NUMBER: (708) 335-4261

CASE NUMBER: 08-CV-00477

Signature: Kaylé B. James

Date: 5-22-08

FILED
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT