**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UMG RECORDINGS, INC., SONY BMG MUSIC ENTERTAINMENT, LAFACE RECORDS, LLC, ARISTA RECORDS LLC, and BMG MUSIC, | ) ) ) ) ) | 08 C 477 |
| Plaintiffs, | ) ) ) | Honorable Robert M. Dow, Jr. |
| v. | ) ) | Magistrate Judge Susan E. Cox |
| KAYLE JAMES, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, June 12, 2008 at 9:15 a.m., we shall appear before the Honorable Robert M. Dow, Jr., or any Judge sitting in his stead, in Room 1919 at 219 South Dearborn Street, Chicago, Illinois 60603, and then and there present our MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE ATTORNEYS PURSUANT TO LOCAL RULE 83.17, a copy which is attached hereto and served upon you.

Respectfully submitted,

**DLA Piper US LLP**

By: __/s/ Amanda C. Jones_____
      Attorney for Plaintiffs

Keith W. Medansky (ARDC# 06195673)
Ann Marie Bredin (ARDC# 06255663)
Amanda C. Jones (ARDC# 06286509)
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
T: 312.368.4000 / F: 312.236.7516

**CERTIFICATE OF SERVICE**

      I, Amanda C. Jones, hereby certify that on June 4, 2008, I caused a copy of the Notice of Motion and the Motion for Leave to Withdraw and Substitute Attorneys Pursuant to Local Rule 83.17 to be filed electronically. Notice of these filings was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on June 4, 2008, I caused a copy of the Notice of Motion and the Motion to be served on the following party, via overnight delivery and First Class U.S. Mail:

    Kayle B. James
    17208 Peach Grove Lane
    Hazel Crest, IL 60429

                                                                                                   /s/ Amanda C. Jones