# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 477 | **DATE** | 6/6/2008 |
| **CASE TITLE** |  | UMG Recordings, Inc. vs. James | |

**DOCKET ENTRY TEXT**

MOTION by counsel for Plaintiffs Laface Records LLC, Arista Records LLC, BMG Music, UMG Recordings, Inc., Sony BMG Music Entertainment to withdraw as attorney Motion for Leave to Withdraw and Substitute Attorneys Pursuant to Local Rule 83.17 [19] is granted. Attorneys Keith W. Medansky, Ann Marie Bredin and Amanda C. Jones of the law firm DLA Piper US LLP withdraw as counsel for Plaintiffs and substitute in the appearances of Tia C. Ghattas and Kristin S. Yoo of Cozen O'Connor. Notice of Motion date of 6/12/08 is stricken and no appearance will be necessary on that date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|