**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UMG Recordings, Inc., et al.
                     Plaintiff,

v.                                     Case No.: 1:08−cv−00477
                                           Honorable Robert M. Dow Jr.

Kayle B. James
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

     MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 7/29/2008. Rule 26(a) disclosures to be exchanged by 8/11/08. Expert reports to be exchanged by 11/14/08. Fact discovery to be completed by 1/23/09. Status hearing set for 11/5/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.